# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYON ANDREW MITCHELL,<br><br>          Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 18cv276-MMA (NLS)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE;**<br><br>[Doc. No. 19]<br><br>**DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; AND**<br><br>[Doc. No. 11]<br><br>**GRANTING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>[Doc. No. 14] |

On February 6, 2018, Plaintiff Ryon Andrew Mitchell ("Plaintiff") filed this social security appeal challenging the denial of his application for Supplemental Security Income ("SSI"). Doc. No. 1. The Court referred all matters arising in this appeal to the Honorable Nita L. Stormes, United States Magistrate Judge, for report and

recommendation pursuant to section 636(b)(1)(B) of title 28 United States Code and Civil Local Rule 72.1. *See* 28 U.S.C. § 636(b)(1)(B); S.D. Cal. Civ. R. 72.1; Doc. No. 3.

The parties have filed motions for summary judgment. Doc. Nos. 11, 14. On January 30, 2019, Judge Stormes issued a thorough and well-reasoned Report recommending that the Court deny Plaintiff's motion and grant Defendant's cross-motion. Doc. No. 19. Neither party objected to the Report and Recommendation and the time for filing objections has expired. *See id.* at 22 ("Any party may file written objections with the court and serve a copy on all parties on or before **February 14, 2019**."); *see also* Docket.

The duties of the district court in connection with a magistrate judge's report and recommendation are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Where the parties object to a report and recommendation ("R&R"), "[a] judge of the [district] court shall make a de novo determination of those portions of the [R&R] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). When neither party objects to an R&R, or to portions thereof, the district court is not required to conduct a de novo review, or "any review at all." *Thomas*, 474 U.S. at 149; *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc). A district judge may nevertheless "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088 (S.D. Cal. 2006); *Or. Natural Desert Ass'n v. Rasmussen*, 451 F. Supp. 2d 1202, 1205 (D. Or. 2006).

The Court has considered the pleadings and memoranda of the parties as well as the administrative record, and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Accordingly:

1. The Court **ADOPTS** Judge Stormes' Report and Recommendation [Doc. No. 19] in its entirety;

2. The Court **DENIES** Plaintiff's Motion for Summary Judgment [Doc. No. 11]; and

3. The Court **GRANTS** Defendant's Cross-Motion for Summary Judgment [Doc. No. 14].

The Clerk of Court is instructed to enter judgment accordingly and close the appeal.

**IT IS SO ORDERED**.

Dated: February 21, 2019

Hon. Michael M. Anello
United States District Judge