

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ryon Andrew Mitchell<br><br>**Plaintiff,**<br>V.<br>Nancy A. Berryhill, Commissioner of Social Security Administration<br><br>**Defendant.** | Civil Action No. 18cv276-MMA(NLS)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court has considered the pleadings and memoranda of the parties as well as the administrative record, and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Accordingly, the Court adopts Judge Stormes' Report and Recommendation [Doc. No. 19] in its entirety. The Court denies Plaintiff's Motion for Summary Judgment [Doc. No. 11]; and the Court grants Defendant's Cross-Motion for Summary Judgment [Doc. No. 14].

Date: 2/22/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy